IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS D. WILSON,<br><br>    Petitioner,<br><br>  v.<br><br>JOSEPH MCGRATH, Warden,<br><br>    Respondent. | No. C 99-02868 CRB<br><br>**ORDER** |

On June 14, 2006, after several extensions of time, respondent filed his Answer to Petition for Write of Habeas Corpus. Because the deadlines set forth in the Court's Order of January 23, 2006, were rendered irrelevant by respondent's extensions, no deadline was established for petitioner's Traverse. Accordingly, petitioner shall file his Traverse, if any, no later than August 18, 2006, after which date this matter shall be deemed submitted.

**IT IS SO ORDERED.**

Dated: July 24, 2006

                                          CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE

G:\CRBALL\1999\2868\order 2.wpd