IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCUS WILSON,

    Petitioner,

  v.

JOSEPH McGRATH, Warden,

    Respondent.

No. C 99-02868 CRB

**ORDER**

    The parties' request to continue submission of Petitioner's Traverse is GRANTED. The Traverse shall be filed no later than September 18, 2006. No further extensions of time will be granted.

**IT IS SO ORDERED.**

Dated: September 6, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\1999\2868\order 3.wpd